No. 1576, Misc. PETTYJOHN *v.* TAMM ET AL., U. S. CIRCUIT JUDGES. Motion for leave to file petition for writ of mandamus denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. *Martin S. Thaler* on the motion.

No. 1454, Misc. LEWIS *v.* CHIEF JUDGE, U. S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT; and

No. 1620, Misc. LEWIS *v.* UNITED STATES. Motions for leave to file petitions for writs of mandamus denied. THE CHIEF JUSTICE took no part in the consideration or decision of these motions.

No. 1574, Misc. STILTNER *v.* JUDGES OF THE SUPREME COURT OF WASHINGTON ET AL. Motion for leave to file petition for writ of mandamus and/or habeas corpus denied.

No. 1712, Misc. SCOTT *v.* INDIANA PAROLE BOARD ET AL. Motion for leave to file petition for writ of prohibition denied.

No. 1189. LEMON ET AL. *v.* KURTZMAN, SUPERINTENDENT OF PUBLIC INSTRUCTION OF PENNSYLVANIA, ET AL. Appeal from D. C. E. D. Pa. Probable jurisdiction noted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order. *Henry W. Sawyer III* for appellants. *William C. Sennett,* Attorney General of Pennsylvania, for Kurtzman et al., *James E. Gallagher, Jr.,* and *C. Clark Hodgson, Jr.,* for St. Anthony's School et al., and *Henry T. Reath* for Pennsylvania Association of Independent Schools, appellees.